PORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.; Martin, J., dissents.

HIGHWOOD PARK COMPANY, INC., Respondent, v. 51 WEST EIGHTY-SIXTH STREET CORPORATION, Appellant, Impleaded with Others. IGNATZ WEISENGREEN, Referee, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.; Finch, J., dissents.

EUGENE E. CERF, Respondent, v. THE CONTINENTAL CASUALTY COMPANY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

CELANESE CORPORATION OF AMERICA, Appellant, v. SAMUEL KROHNBERG and LOUIS KROHNBERG, Individually and as Copartners, etc., Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. The date for defendants to appear for reading and subscribing deposition to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

ALBERT RABIN, Respondent, v. MARY KAPLAN, as Executrix, etc., of JOSEPH KAPLAN, Deceased, and MARY KAPLAN, Individually, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

ALBERT RABIN, Respondent, v. MARY KAPLAN, as Executrix, etc., of JOSEPH KAPLAN, Deceased, and MARY KAPLAN, Individually, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

JESSE WEISENBERGER, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

MARGIE LEWIS, as Administratrix, etc., of WILLIAM B. LEWIS, Deceased, Respondent, v. CHRIS NIELSEN, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

ARMSTRONG BROS., INC., Respondent, v. RAYMOND RUBIN, Appellant. JOHN J. REYNOLDS, Respondent, v. THE FORDHAM DAVIDSON CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements to the respondent Armstrong Bros., Inc. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

IDA E. HOLLANDER, Respondent, v. HARRY HOLLANDER, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

MOSCAHLADES BROS., INC., Appellant, v. STAVROS C. CARACOSTA, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.